**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LYDIA MOTT                                                                          PLAINTIFF


v.                                              1:08CV00024 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                        DEFENDANT


### JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND

ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner,

and remanding this case to the Commissioner for further proceedings pursuant to sentence four of

42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 31st day of March, 2009.


_____
UNITED STATES MAGISTRATE JUDGE